

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00151-CV

MARK REILLY                                                          APPELLANT

V.

LYNN REILLY                                                          APPELLEE

------------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 14-01009-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's unopposed "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                                          PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: June 16, 2016

---

[1]*See* Tex. R. App. P. 47.4.